**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-1460**

———————————

In re:  JOHN A. BRYANT,

Petitioner.

———————————

On Petition for Writ of Mandamus.
(3:09-CR-00347-REP-1)

———————————

Submitted:  September 23, 2014    Decided:  September 25, 2014

———————————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

John A. Bryant, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John A. Bryant petitions for a writ of mandamus, alleging the district court has not responded to his inquiries into the status of his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court entered an order on June 17, 2014, appointing counsel for Bryant, directing the filing of briefs on an issue identified by the court, and staying action on Bryant's § 2255 motion pending further order of the court. Accordingly, because the district court recently informed Bryant of the status of his § 2255 motion, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>